944

No. 75–1005. NATIONAL ORGANIZATION FOR WOMEN, INC., ET AL. v. UNITED STATES ET AL.; and

No. 75–1008. HARRIS ET AL. v. ALLEGHENY-LUDLUM INDUSTRIES, INC., ET AL. C. A. 5th Cir. Motion of petitioners in No. 75–1008 to defer consideration denied. Certiorari denied. Reported below: 517 F. 2d 826.

No. 75–1046. BARRETT ET AL. v. ZWEIBON ET AL.;

No. 75–1056. ZWEIBON ET AL. v. MITCHELL ET AL.; and

No. 75–1059. MITCHELL v. ZWEIBON ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE REHNQUIST took no part in the consideration or decision of these petitions. Reported below: 170 U. S. App. D. C. 1, 516 F. 2d 594.

No. 75–1058. MITSUI SHINTAKU GINKO K. K., TOKYO v. DODGE ET AL. C. A. 9th Cir. Motions of Pacific Merchant Shipping Assn. and American Institute of Merchant Shipping for leave to file briefs as amici curiae granted. Certiorari denied. ▪▪▪▪▪▪▪▪▪▪
▪▪▪▪

No. 75–1084. DAVIS ET AL. v. BOARD OF SCHOOL COMMISSIONERS OF MOBILE COUNTY ET AL.; AND PARRISH ET AL. v. BOARD OF COMMISSIONERS OF THE ALABAMA STATE BAR ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE STEWART would grant certiorari. ▪▪▪▪▪▪▪▪
▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

No. 75–1229. HOPPER, WARDEN v. ALLEN. C. A. 5th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied. ▪▪▪▪▪▪▪▪▪
▪▪▪▪▪▪▪▪